QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert W. Stone (Bar No. 163513)
robertstone@quinnemanuel.com
Michael D. Powell (Bar No. 202850)
mikepowell@quinnemanuel.com
Charles P. Emanuel (Bar No. 256671)
chipemanuel@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone:     (650) 801-5000
facsimile:     (650) 801-5100

Attorneys for International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> ACQIS LLC, <br><br> Defendant. | CASE NO. 5:11-CV-04896-PJH <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME** |

**ORDER GRANTING STIPULATED REQUEST FOR AN ORDER CHANGING TIME**

Before the Court is Plaintiff ACQIS LLC ("ACQIS") and Defendant International Business Machines Corp.'s ("IBM") Stipulated Request For Order Changing Time.  The Court is of the opinion that the request should be GRANTED.  It is therefore ORDERED that IBM shall have until December 13, 2011 to respond to ACQIS's Motion to Dismiss or, in the Alternative, Motion to Transfer.

1    **SO ORDERED.**

3    Date: __November 29__, 2011

