QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: charlesverhoeven@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  Michael D. Powell (Bar No. 202850)
  Charles P. Emanuel (Bar No. 256671)
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: robertstone@quinnemanuel.com
       mikepowell@quinnemanuel.com
       chipemanuel@quinnemanuel.com

Attorneys for Plaintiff
International Business Machines Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>             Plaintiff,<br><br>    vs.<br><br>ACQIS LLC,<br><br>             Defendant. | CASE NO. 4:11-cv-04896-PJH<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION, AND [~~PROPOS~~ED] ORDER THEREON**<br><br>Honorable Phyllis J. Hamilton<br>United States District Judge<br><br>Initial Complaint Filed: October 4, 2011 |

1    IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to Federal Rule of Civil Procedure 41(a)(1).   Each party is to bear its own fees
4  (including attorney fees) and costs.

6    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

8  DATED:   December 29, 2011          QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

11                                     By   /s/ *Charles P. Emanuel*
                                          Charles P. Emanuel
                                          Attorneys for Plaintiff
12                                        International Business Machines Corp.

13  DATED:   December 29, 2011         COOLEY LLP

15                                     By   /s/ *James P. Brogan*
16                                        James P. Brogan
                                          Counsel for Defendant
17                                        ACQIS LLC

00889.51926/4523022.1

-2-              Case No. 4:11-CV-04896-PJH
STIPULATED REQUEST FOR DISMISSAL OF ACTION, AND [PROPOSED] ORDER THEREON

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael D. Powell, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Order.  In compliance with General Order 45, X.B., I hereby attest that James P. Brogan, counsel for Defendant ACQIS LLC, has concurred in this filing.

DATED: December 29, 2011

                        QUINN EMANUEL URQUHART &
                        SULLIVAN, LLP

                        By: /s/ *Charles P. Emanuel*
                             Charles P. Emanuel
                             Attorneys for Plaintiff
                             International Business Machines Corp.

**ORDER**

In accordance with the foregoing Stipulation of the parties, which is incorporated herein by reference, and with good cause appearing therefor,

IT IS HEREBY ORDERED:

This entire action (Northern District of California Case No. 4:11-cv-04896-PJH) is hereby dismissed with prejudice, each party to bear its own fees (including attorney fees) and costs.

**IT IS SO ORDERED.**

January 3, 2012
DATED:   ~~December 29, 20~~11

_____
Honorable Phyllis J. Hamilton
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*